# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 37TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 11, 2015, the cause upon appeal to revise or reverse your judgment between

Fountains International Group, Inc., Appellant

V.

Summit Oak Development, LLC, Appellee

No. 04-14-00205-CV and Tr. Ct. No. 2005-CI-09146

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Fountains International Group, Inc., recover its costs of this appeal from appellee, Summit Oak Development, LLC.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on May 20, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00205-CV

**Fountains International Group, Inc.**

**v.**

**Summit Oak Development, LLC**

(NO. 2005-CI-09146 IN 37TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | DAVID MONTPAS |
| MOTION FEE | $10.00 | E-PAID | JACKIE  GROVES |
| MOTION FEE | $10.00 | E-PAID | JACKIE  GROVES |
| MOTION FEE | $10.00 | E-PAID | IRMA WALSTON |
| MOTION FEE | $10.00 | E-PAID | KEVIN STOWIE |
| MOTION FEE | $10.00 | E-PAID | KEVIN STOUWIE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | KEVIN STOWIE |
| STATEWIDE EFILING FEE | $20.00 | PAID | KEVIN STOWIE |
| INDIGENT | $25.00 | PAID | KEVIN STOWIE |
| FILING | $100.00 | PAID | KEVIN STOWIE |
| CLERK'S RECORD | $148.00 | PAID | |
| REPORTER'S RECORD | $216.00 | PAID | |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this May 20, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853